IN THE UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| MABIOR JOK, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:19–CV–70 |
| ) | |
| CITY OF BURLINGTON, VERMONT ) | |
| ) | |
| BRANDON DEL POZO, ) | |
| INDIVIDUALLY AND IN HIS ) | |
| OFFICIAL CAPACITY AS CHIEF ) | |
| OF POLICE FOR THE CITY OF ) | |
| BURLINGTON, VERMONT ) | |
| ) | |
| JASON BELLAVANCE, ) | |
| INDIVIDUALLY AND IN HIS ) | |
| OFFICIAL CAPACITY AS A POLICE ) | |
| OFFICER FOR THE CITY OF ) | |
| BURLINGTON, VERMONT ) | |
| ) | |
| JOSEPH CORROW ) | |
| INDIVIDUALLY AND IN HIS ) | |
| OFFICIAL CAPACITY AS A POLICE ) | |
| OFFICER FOR THE CITY OF ) | |
| BURLINGTON, VERMONT, ) | |
| ) | |
|     Defendants. ) | |

## DISCOVERY CERTIFICATE

    I, Pietro J. Lynn, Esq., attorney for the Defendants, certify that on this date, I served *Defendant City of Burlington's Responses to Plaintiff's First Interrogatories and Requests to Produce,* on the counsel of record by U.S. mail and electronic mail as follows:

Robb Spensley, Esq.
Chadwick & Spensley, PLLC
3232 Route 7
Pittsford, VT 05763
robb@chadwicklawvt.com

Dated at Burlington, Vermont, this 15th day of November, 2019.

                        CITY OF BURLINGTON, POLICE CHIEF BRANDON DEL POZO, POLICE OFFICER JASON BELLAVANCE, AND POLICE OFFICER JOSEPH CORROW

By: /s/ Pietro J. Lynn
Pietro J. Lynn, Esq.
Lynn, Lynn, Blackman & Manitsky, P.C.
*Counsel for Defendants*
76 St. Paul St., Suite 400
Burlington, VT  05401
(802) 860-1500
plynn@lynnlawvt.com