IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

MABIOR JOK,

    PLAINTIFF,

vs.

CITY OF BURLINGTON, VERMONT,        Civil Action No. 2:19-CV-70
BRANDON DEL POZO,
JASON BELLAVANCE,
JANINE WRIGHT,
and JOSEPH CORROW,

    DEFENDANTS.

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2020, I electronically filed with the Clerk of the Court the following documents:

**PLAINTIFF'S MOTION TO COMPEL OFFICER JOSEPH CORROW'S MEDIA DISCOVERY**

Using the CM/ECF system.

I caused to be served, by electronically filing, counsel for Plaintiff, an NEF registered party:

    PIETRO LYNN
    76 St. Paul Street, Suite 400
    Burlington, VT 05401
    (802)-860-1500
    plynn@lynnlawvt.com

    BARBARA BLACKMAN
    76 St. Paul Street, Suite 400
    Burlington, VT 05401

       (802)-860-1500
       bblackman@lynnlawvt.com

Dated at Pittsford, Vermont this 22nd day of December, 2020.

                         <u>S/Robb Spensley</u>
                         ROBB SPENSLEY
                         3232 Route 7
                         Pittsford, VT 05763
                         (802) 725-8318
                         robb@chadwicklawvt.com