IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

MABIOR JOK,

    PLAINTIFF,

vs.

CITY OF BURLINGTON, VERMONT,          Civil Actions No. 2:19-CV-70
BRANDON DEL POZO,
JASON BELLAVANCE, and
JOSEPH CORROW,

    DEFENDANTS.

### Affidavit of Robb A. Spensley, Esq.

NOW COMES Robb Spensley, attorney for Plaintiff Mabior Jok, duly sworn, and states as follows:

1. I have attempted to settle this discovery dispute with Attorney Blackman in good faith.
2. Attorney Blackman and I have spoken on the phone several times and emailed regarding this dispute.
3. As indicated, I am willing to limit my request, and only seek any and all videos related to the specifically named incidents.
4. I understand Attorney Blackman has the videos in her possession already. I believe she has reviewed them.

_____
Robb Spensley, Esq.
Attorney for Plaintiff
Mabior Jok

Subscribed and sworn before me this 15 day of December, 2020.

_____ 0007008
Notary Public
My Commission Expires: 1/31/23

