| | |
|---|---|
| **From:** | Wright, Jannine M. |
| **To:** | Lawson, Jason A. |
| **Cc:** | Murad, Jon; del Pozo, Brandon |
| **Subject:** | Re: Corrow? |
| **Date:** | Wednesday, May 15, 2019 8:48:31 AM |

Officer Corrow has been temporarily removed from his training responsibilities at the VPA with recruits and at BPD until the we can see where all of the lawsuit issues will fall.

Please update Kronos accordingly.

Jan Wright
Deputy Chief of Police

On May 15, 2019, at 08:40, Lawson, Jason A. <jlawson@bpdvt.org> wrote:

> It has come to my attention that Officer Corrow has been removed from his training responsibilities as an instructor in Patrol Procedures and as an Field Training Officer. Can you confirm this with the Supervisor Group please. This information is important to us for staffing/overtime purposes as he has been scheduled to attend the VPA and has been removed
> from specific shifts in Kronos. If he is now on shift and no longer needed at the VPA or elsewhere, Kronos needs to be updated and posted overtime reconsidered due to the concerns we have around that cost.
>
> Thanks,
> 214
>
>
> Jason Lawson, Lieutenant
> <image001.gif>
> Downtown District Commander
> Burlington Police Department
> 1 North Avenue
> Burlington, VT 05401
> 802.540.2214 (vm)
> 802.658.2700 (w)
> 802.316.0480 (m)
> jlawson@bpdvt.org
> www.bpdcareers.com
>
>
>
> Please note that this communication and any response to it will be maintained as a public record and may be subject to disclosure under the Vermont Public Records Act.