# USE OF FORCE Incident Report
07/01/2016 1:54 347 Corrow

Rpt ID: 2882 Case#: 16BU18944 CFS#: Badge:347 Corrow Joseph Division:Patrol 2356 Bridges Page 1 of 2

Report ID: 2882
Occurred: 07/01/2016 1:54
Case#:16BU18944 CFS#: Classification: DC
District: D Area Beat: USB Location: Church Street/Main Street, Burlington VT 05401

Date Entered:07/01/2016
Date Modified:07/04/2016
Status: Approved
Approved by: 215
Approval Date:07/04/2016

## Suspect Information
Last Name **Bridges** First Name **James** Middle Name **Paul** Alias
Height **508** Weight **165** Gender **Male** DOB **01/28/1975** Race **White** SSN --

## Suspect Address:
Street City State Zip Drivers License Phone

## Suspect appeared to be:
Suspect Injured during incident: **No** Gang Involved: **Unk** Under the influence of:
Emotionally/Mentally disturbed: **No** Gang Name: Drugs/Chemicals: **Unk** Alcohol: **Yes**

Was monitored for for medical needs:
Evaluated at scene

## Weapons/Firearm Usage
inflicted a firearm injury: ☐

| | Handgun Pointed: ☐ | Shotgun Pointed: ☐ | Rifle Pointed: ☐ | SMG Pointed: ☐ |
| | Handgun Fired: ☐ | Shotgun Fired: ☐ | Rifle Fired: ☐ | SMG Fired: ☐ |

I used an improvised weapon: ☐
If "Yes", please explain:

All weapons activated performed satisfactorily:
Please comment:

## Incident Management
I arrested this suspect: **Yes** My first response controlled the incident: **Yes** I needed assistance: **Yes** I was injured: **No** Recorded/Taped: **Yes**

## Environment
Inside ☐ Daylight ☐ Artificial Light ☒ Dry ☒ Asphalt ☐ Grass ☐ Ice/Snow ☐ Witnesses/
Outside ☒ Darkness ☒ Wet ☐ Concrete ☐ Dirt ☐ Bystanders Present ☒

| | Suspect Resistance | Resistance | Officer Response | Approx # of Times | Response | Relative R/R |
|---|---|---|---|---|---|---|
| 1st Event | Pre Assault Cues | 3.0 | Physical Force | 1 | 3.0 | 0.0 |
| 2nd Event | Assaultive | 4.0 | Physical Force | 1 | 3.0 | -1.0 |
| 3rd Event | None | 0.0 | Applied Handcuffs/Tightness/Double Locked | 1 | 3.0 | 3.0 |
| 4th Event | | 0.0 | | 0 | 0.0 | 0.0 |
| 5th Event | | 0.0 | | 0 | 0.0 | 0.0 |
| 6th Event | | 0.0 | | 0 | 0.0 | 0.0 |
| 7th Event | | 0.0 | | 0 | 0.0 | 0.0 |
| 8th Event | | 0.0 | | 0 | 0.0 | 0.0 |

## Narrative:

1. On July 1, 2016, at 0148 hours, I observed a male later verbally identified as James P. Bridges (DOB 01/28/75) leaning down to speak with someone in the area of Church Street and Main Street in Burlington, Vermont. Bridges appeared upset and was advancing towards the male and raising his fist at him. I know from my training and experience these are pre assault cues.

2. I approached Bridges and used his backpack that was on his back to pull him away from the situation. As I did this, Bridges swung his left arm at me and his hand hit my face. I did not feel any pain at the time. I pushed Bridges into the wall and placed my left hand on Bridges head and held his left arm with my right hand. I held him there until Ofc. Byrne took control of Bridges' right arm. Myself and Ofc. Byrne escorted Bridges to the ground where I placed him in handcuffs. There were approximately 5-10 people in the immediate area. I advised him he was under arrest for disorderly conduct, double locked the handcuffs, ensured they were secured properly, searched him incident to arrest, and escorted to my cruiser.

Burlington 146

| Rpt ID: 2882 | Case#: 16BU18944 | CFS#: | USE OF FORCE Incident Report 07/01/2016 1:54 347 Corrow | 2356 | Bridges | Page 2 of 2 |

3. Myself and Ofc. Meyer transported Bridges to the Burlington Police Department where Ofc. Meyer fingerprinted and photographed him. Bridges told me when we were at the department he did not mean to hit me. I issued Bridges a flash citation to appear in court on July 7, 2016, at 0815 hours to answer for the charge of disorderly conduct.