# USE OF FORCE Incident Report

| | | | |
|---|---|---|---|
| Rpt ID: 2859 | Case#: 16BU16546 | CFS#: | Page 1 of 2 |
| Report ID: 2859 | Badge: 347 | Corrow Joseph | Division: Patrol | Date Entered: 06/09/2016 |
| Occurred: 06/09/2016 21:19 | CFS#: | | Date Modified: 06/25/2016 |
| Case#: 16BU16546 | Beat: USB | Classification: DC | Status: Approved |
| District: D Area | | Location: 177 Church Street, Burlington, Vermont, 05401 | Approved by: 215 |
| | | | Approval Date: 06/25/2016 |
| | | 06/09/2016 21:19 347 Corrow | 1547 Farnsworth |

## Suspect Information

Last Name: **Farnsworth**  First Name: **William**  Middle Name: **J**  Alias:
Height: **601**  Weight: **175**  Gender: **Male**  DOB **03/22/1989**  Race **White**  Drivers License **62553839**  SSN --
Address: Street  City  State  Zip  Phone **802-323-8222**

**Suspect appeared to be:**
Suspect Injured during incident: Yes | Gang Involved: Unk | **Under the influence of:** | Was monitored for medical needs:
Emotionally/Mentally disturbed: Yes | Gang Name: | Drugs/Chemicals: No  Alcohol: Yes | Evaluated at scene

## Weapons/Firearm Usage

inflicted a firearm injury: ☐
Handgun Pointed: ☐  Handgun Fired: ☐  Shotgun Pointed: ☐  Shotgun Fired: ☐  Rifle Pointed: ☐  Rifle Fired: ☐  SMG Pointed: ☐  SMG Fired: ☐

I used an improvised weapon: ☐
If "Yes", please explain:

All weapons activated performed satisfactorily:
Please comment:

## Incident Management

I arrested this suspect: Yes   My first response controlled the incident: Yes   I needed assistance: Yes   I was injured: Yes   Recorded/Taped: Yes

## Environment

Inside ☐  Outside ☒  Daylight ☐  Darkness ☒  Artificial Light ☐  Dry ☒  Wet ☐  Asphalt ☐  Concrete ☐  Grass ☒  Dirt ☐  Ice/Snow ☐  Bystanders Present ☒

| | Suspect Resistance | Officer Response | Approx # of Times | Response | Witnesses/ Relative R/R |
|---|---|---|---|---|---|
| 1st Event | Active Physical Resistance | Physical Force | 1 | 3.0 | -1.0 |
| 2nd Event | Active Physical Resistance | Applied Handcuffs/Tightness/Double Locked | 1 | 3.0 | -1.0 |
| 3rd Event | | | 0 | 0.0 | 0.0 |
| 4th Event | | | 0 | 0.0 | 0.0 |
| 5th Event | | | 0 | 0.0 | 0.0 |
| 6th Event | | | 0 | 0.0 | 0.0 |
| 7th Event | | | 0 | 0.0 | 0.0 |
| 8th Event | | | 0 | 0.0 | 0.0 |

## Narrative:

1. On June 9, 2016, at 2328 hours, myself and Ofc. Meyer responded to 177 Church Street for two males in a verbal altercation on the street that was possibly turning physical. When we arrived on scene, I immediately recognized one of the males as William Farnsworth (DOB 03/22/89). The other male was identified by his Vermont Photo Driver's License as Chris Calderon-Melendez (DOB 04/06/85).

2. There was a female with them to that was verbally identified as Alexa Riell (DOB 05/01/90). As we approached I observed Riell to be unsteady on her feet and almost fall into a car. I could smell an odor of intoxicants emitting from her and she was slurring her words. After speaking with her, she told me that she was attempting to break up with Farnsworth. Due to her incapacitation, we placed her in protective custody. She was placed in handcuffs, double locked, and ensured they were secured properly. She was escorted to the cruiser shortly after, patted down, and placed inside the car.

3. Farnsworth advised me that Riell was not going with us and he would get arrested if he had to. I told him to leave the area and advised him she would

Burlington 138

| Rpt ID: 2859 | Case#: 16BU16546 | CFS#: | **USE OF FORCE Incident Report** 06/09/2016 21:19 | 347 | Corrow | 1547 | Farnsworth | Page 2 of 2 |

be detoxed. Farnsworth began yelling and saying something to the effect of "Fuck you," "I will kill you," "I will blow your station up," "You better watch your backs, I am coming for you," and other statements to that effect. I observed Farnsworth to tense up his jaw and clench his fists. I know these to be pre assault cues. Farnsworth continued northbound on Church Street yelling. Calderon-Melendez began trying to calm him down. Farnsworth continued yelling at him and a female across the street.

4. I made contact with Farnsworth again and told him to stop yelling and leave the area. There were approximately 10-15 people from the area of COTS to Church Street and Main Street watching Farnsworth. Farnsworth said something to the effect of "Get the fuck away from me" and "Fuck you, I will kill you." Farnsworth began walking towards me and jolting forward. He was once again clenching his fists. I ordered Farnsworth to place his hands behind his back and I took control of his right arm. He tensed up and I guided him to the ground with a modified arm bar takedown. Farnsworth told me to let him go and he would just walk away. I placed him in handcuffs, double locked them, and ensured they were secured properly. Ofc. Meyer searched Farnsworth incident to arrest and we placed him in Ofc. Lopez's vehicle. I could smell an odor of intoxicants emitting from Farnsworth. I asked Farnsworth how much he had to drink and he stated he had a couple drinks. Myself and Ofc. Lopez transported him to the Burlington Police Department.

5. I fingerprinted and photographed Farnsworth. I flash cited him to appear in court on June 14, 2016, at 0815 hours.

6. A review of Farnsworth's criminal history shows he has **1 felony conviction, 11 misdemeanor convictions**, 2 violation of court order/conditions convictions, 1 unknown offense level charge, 7 assaultive crime charges, 1 assault on officer charge, 2 dangerous deadly weapon related charges, 6 violation of probation/parole charges, and 2 previous failures to appear in court.

Burlington 139