**USE OF FORCE Incident Report**

01/13/2017  1:42   347   Corrow

| Rpt ID: 3099 | Case#: 16BU1015 | CFS#: | | 2484 | Finn | Page 1 of 1 |

Rpt ID: 3099

Occurred: 01/13/2017  1:42

Case#:16BU1015        CFS#:

District: D Area        Beat: USB

Badge:347   Corrow   Joseph   Division:Patrol

Classification: Detox

Location: Church Street/College Street, Burlington, Vermont 05401

Date Entered:01/13/2017
Date Modified:04/02/2017
Status:Approved
Approved by:215
Approval Date:04/02/2017

## Suspect Information

Last Name Finn        First Name Garrett        Middle Name E        Alias

Height 604   Weight 0   Gender Male   DOB 05/19/1996   Race White   Drivers License S53844514 (MA)   SSN --

Address: Street        City        State        Zip        Phone

**Suspect appeared to be:**

Emotionally/Mentally disturbed: No

Suspect Injured during incident: No

Gang Involved: Unk        Gang Name:

**Under the influence of:**
Drugs/Chemicals: No   Alcohol: Yes

Was monitored for for medical needs:
Transported/evaluated at t

## Weapons/Firearm Usage

inflicted a firearm injury: ☐   I inflicted a firearm injury: ☐

| | Handgun Pointed: ☐ | Shotgun Pointed: ☐ | Rifle Pointed: ☐ | SMG Pointed: ☐ |
| | Handgun Fired: ☐ | Shotgun Fired: ☐ | Rifle Fired: ☐ | SMG Fired: ☐ |

I used an improvised weapon: ☐
If "Yes", please explain:

All weapons activated performed satisfactorily:
Please comment:

## Incident Management

I arrested this suspect: No

My first response controlled the incident: No   I needed assistance: Yes   I was injured: No   Recorded/Taped: Yes

## Environment

| | Inside ☐ | Daylight ☐ | Artificial Light ☒ | Dry ☒ | Asphalt ☐ | Grass ☐ | Ice/Snow ☐ | Witnesses/ Bystanders Present ☒ |
| | Outside ☒ | Darkness ☒ | | Wet ☐ | Concrete ☒ | Dirt ☐ | | |

| | Suspect Resistance | Officer Response | Approx # of Times | Response | Relative R/R |
|---|---|---|---|---|---|
| 1st Event | Active Physical Resistance 4.0 | Verbal Commands/Directions Given | 1 | 2.0 | -2.0 |
| 2nd Event | Active Physical Resistance 4.0 | Physical Force | 1 | 3.0 | -1.0 |
| 3rd Event | Active Physical Resistance 4.0 | Physical Force | 1 | 3.0 | -1.0 |
| 4th Event | 0.0 | | 0 | 0.0 | 0.0 |
| 5th Event | 0.0 | | 0 | 0.0 | 0.0 |
| 6th Event | 0.0 | | 0 | 0.0 | 0.0 |
| 7th Event | 0.0 | | 0 | 0.0 | 0.0 |
| 8th Event | 0.0 | | 0 | 0.0 | 0.0 |

## Narrative:

On 01/13/17, at 0142 hours, I observed several males engaged in a physical fight at the intersection of College Street and Church Street. Myself and Ofc. Hodges ran to that location and I separated the males. I ordered one male (Garrett Finn) against the wall and placed my hands on his right arm. He tensed up and did not follow my orders. I then executed a modified arm bar takedown. Ofc. Hodges assisted me at this time in bringing Finn to the ground. Ofc. Hodges placed him in handcuffs and double locked them. Finn continued to tense up and I told him to stop resisting. I patted Finn down for weapons and escorted him to my vehicle.

I patted Finn down a second time and placed him in my cruiser. I asked Finn multiple times if he wanted to be assessed by medical staff and he advised he did not want to be evaluated. I transported him to ACT 1 where he was refused. Prior to taking him to jail, I brought him to the hospital to be assessed. He was given 3 stitches and discharged. I transported him to the Chittenden Regional Correctional Facility where he was accepted. I issued him a YSASP due to his age. I am not sure if Finn was injured during the fight or when he was brought to the ground. EOR.