# USE OF FORCE Incident Report

| Rpt. ID: 2876 | Case#: 16BU18335 | CFS#: | 06/25/2016 19:00 347 Corrow | 2353 Kenyon | Page 1 of 2 |

| Report ID: 2876 | | Badge: 347 | Division: Patrol | Date Entered: 06/25/2016 |
| Occurred: 06/25/2016 19:00 | | | | Date Modified: 06/26/2016 |
| Case#: 16BU18335 | CFS#: | | Classification: Domestic-AGG | Status: Approved |
| District: B Area | Beat: USB | | Location: 239 North Street # 4, Burlington, Vermont 05401 | Approved by: 215 |
| | | | | Approval Date: 06/26/2016 |

## Suspect Information

| Last Name **Kenyon** | First Name **Emily** | Middle Name **Joseph** | | SSN -- |
| Address: | Height **507** Weight **250** Gender **Female** | DOB **05/07/1990** Race **White** | Alias | Drivers License **525744463** |
| Street | | City | State | Zip | Phone **802-297-2634** |

**Suspect appeared to be:**

Suspect Injured during incident: No — Under the influence of: Drugs/Chemicals: Unk — Was monitored for medical needs: No

Emotionally/Mentally disturbed: Yes — Gang Involved: Unk — Alcohol: Unk

Gang Name:

## Weapons/Firearm Usage

Inflicted a firearm injury: ☐

Handgun Pointed: ☒ — Handgun Fired: ☐ — Shotgun Pointed: ☐ — Shotgun Fired: ☐ — Rifle Pointed: ☐ — Rifle Fired: ☐ — SMG Pointed: ☐ — SMG Fired: ☐

I used an improvised weapon: ☐
If "Yes", please explain:

## Incident Management

My first response controlled the incident: No — I needed assistance: Yes — I was injured: No — Recorded/Taped: Yes

I arrested this suspect: Yes

All weapons activated performed satisfactorily:
Please comment:

## Environment

| | Inside ☒ | Daylight ☒ | Artificial Light ☒ | Dry ☒ | Asphalt ☐ | Grass ☐ | Ice/Snow ☐ | Witnesses/ |
| | Outside ☒ | Darkness ☐ | | Wet ☐ | Concrete ☐ | Dirt ☐ | | Bystanders Present ☒ |

| Suspect Resistance | | Officer Response | Approx # of Times | Response | Relative R/R |
|---|---|---|---|---|---|
| 1st Event | Passive Physical Resistance | Physical Force | | 3.0 | 0.0 |
| 2nd Event | Active Physical Resistance | Applied Handcuffs/Tightness/Double Locked | 1 | 3.0 | -1.0 |
| 3rd Event | Assaultive | Physical Force | 1 | 3.0 | -1.0 |
| 4th Event | Active Physical Resistance | Physical Force | 1 | 3.0 | -1.0 |
| 5th Event | Active Physical Resistance | Physical Force | 1 | 3.0 | -1.0 |
| 6th Event | Active Physical Resistance | Physical Force | 1 | 3.0 | -1.0 |
| 7th Event | Assaultive | OC Spray Used | 1 | 4.0 | 0.0 |
| 8th Event | Assaultive | Physical Force | 1 | 3.0 | -1.0 |
| 9th Event | Active Physical Resistance | Physical Force | 4 | 3.0 | -1.0 |

## Narrative:

1. On June 25, 2016, at 1900 hours, myself and Ofc. Lippa responded to 239 North Street # 4 for a domestic assault that was ongoing and was physical. Burlington Police Dispatch advised that the female party had just attacked the male party with a knife. They also advised she was possibly in the bathroom. When we arrived on scene, a female downstairs said something to the effect of "She has a knife, she's upstairs." We entered the upstairs apartment and were advised she was in the bathroom to the left.

2. I had my handgun unholstered and pointed it at the female (Emily Kenyon DOB 05/07/90) who was leaning over the toilet and it sounded as though she was vomiting. I could not see her hands and told her to show me her hands. She started yelling at us and told us something to the effect of leave me alone. She then turned her body towards us and I observed nothing in her hand. I reholstered my weapon and took control of her right arm. She continued to tense up and I forced her arm behind her back. I placed her in handcuffs, double locked them, and ensured they were secured properly.

| Rpt ID: 2876 | Case#: 16BU18335 | CFS#: | | 2353 | Kenyon | Page 2 of 2 |

# USE OF FORCE Incident Report

**06/25/2016  19:00  347  Corrow**

3. As I finished checking the handcuffs, Emily struck my head with her head. On a scale of 1-10, 1 being the least amount of pain I have ever felt, and 10 being the most, my pain at the time was a 2. I ordered her to stop fighting with me or I would pepper spray her. She continued to tense up and use her body weight to push away. We began attempting to escort her out of the bathroom. I used a modified rear wrist lock to control Emily.

4. Once in the hallway to the living room, Emily continued to tense up, pull away, attempted to kick us, and was yelling at us to let her go. She attempted to bite Ofc. Lippa and he ordered to stop. I had to place her against the wall twice to stop her from pulling away and assaulting us. Ofc. Orfant walked into the residence and Emily kicked Ofc. Orfant in the legs. She was told to stop and we continued escorting her onto the porch of the residence. She began shifting her weight and attempting to sit down on a bench. She refused to walk any further. We then told her to walk and continued escorting her down the stairs.

5. Emily continued to yell at us and tense up and pull away. She attempted to kick Ofc. Lippa when we were on the stairs. We walked her to a bench in the yard and had her sit down. She was yelling and was told to stop by myself and other officers. She then stood up and was told to sit down. I attempted to sit her back down and she attempted to bite me. At this time, I pepper sprayed Emily. She said something to the effect of "That doesn't bother me asshole." Ofc. Lippa brought the cruiser into the driveway and we put her inside. She attempted to kick Ofc. Orfant again while we were placing her in the car. She began kicking the inside of the cruiser and was told to stop or she would be pepper sprayed. She was taken directly to the Chittenden Regional Correctional Facility on an emergency affidavit by Ofc. Lippa.