# USE OF FORCE Incident Report

| Rpt ID: 2915 | Case#: 16BU23925 | | 08/15/2016 0:36 | 347 | Corrow | 2377 | Lundberg | Page 1 of 2 |
|---|---|---|---|---|---|---|---|---|

Report ID: 2915
Occurred: 08/15/2016 0:36
Case#: 16BU23925 CFS#:
District: D Area Beat: USB

Badge: 347 Corrow Joseph Division: Patrol

Date Entered: 08/15/2016
Date Modified: 11/07/2016
Status: Approved
Approved by: 215
Approval Date: 11/07/2016

### Suspect Information
Last Name **Lundberg** First Name **Lori** Middle Name **A** Alias
Height **510** Weight **0** Gender **Female** DOB **03/04/1968** Race **White** SSN --
Address: Street City State Zip Phone
Classification: **Assault-Simple**
Location: 139 Main Street, Burlington, Vermont 05401

### Suspect appeared to be:
Suspect Injured during incident: **Yes** Gang Involved: **Unk** Under the influence of:
Emotionally/Mentally disturbed: **No** Gang Name: Drugs/Chemicals: **Unk** Was monitored for medical needs:
Alcohol: **Yes** Transported/evaluated at [

### Weapons/Firearm Usage
inflicted a firearm injury: ☐
| Handgun Pointed: ☐ | Shotgun Pointed: ☐ | Rifle Pointed: ☐ | SMG Pointed: ☐ |
| Handgun Fired: ☐ | Shotgun Fired: ☐ | Rifle Fired: ☐ | SMG Fired: ☐ |

I used an improvised weapon: ☐
If "Yes", please explain:
All weapons activated performed satisfactorily:
Please comment:

### Incident Management
I arrested this suspect: **Yes**   My first response controlled the incident: **No**   I needed assistance: **Yes**   I was injured: **No**   Recorded/Taped: **Yes**

### Environment
| Inside ☐ | Daylight ☐ | Artificial Light ☒ | Dry ☒ | Asphalt ☒ | Grass ☐ | Ice/Snow ☐ | Witnesses/ |
| Outside ☒ | Darkness ☒ | | Wet ☐ | Concrete ☐ | Dirt ☐ | | Bystanders Present ☒ |

| | Suspect Resistance | Resistance | Officer Response | Approx # of Times | Response | Relative R/R |
|---|---|---|---|---|---|---|
| 1st Event | Escape/Flee from Detention | 4.0 | Verbal Commands/Directions Given | 5 | 2.0 | -2.0 |
| 2nd Event | Assaultive | 4.0 | Physical Force | 1 | 3.0 | -1.0 |
| 3rd Event | Active Physical Resistance | 4.0 | Physical Force | 1 | 3.0 | -1.0 |
| 4th Event | Active Physical Resistance | 4.0 | Verbal Commands/Directions Given | 3 | 2.0 | -2.0 |
| 5th Event | Active Physical Resistance | 4.0 | Applied Handcuffs/Tightness/Double Locked | 1 | 3.0 | -1.0 |
| 6th Event | | 0.0 | | 0 | 0.0 | 0.0 |
| 7th Event | | 0.0 | | 0 | 0.0 | 0.0 |
| 8th Event | | 0.0 | | 0 | 0.0 | 0.0 |

### Narrative:

1. On August 15, 2016, at 0036 hours, I responded to 139 Main Street in Burlington, Vermont, for a male and female refusing to leave the bar. When I arrived on scene, I observed a male and female walking westbound on Main Street. The bartender at JP's (Aubree Brunette) pointed at the female and told me she was punched by her twice. The female was later identified as Lori Lundberg (DOB 03/04/1968). I told Lundberg to stop multiple times and as I approached her she told me not to touch her.

2. I took control of Lundberg's right arm and she swung at me with her left arm with a closed fist. At this time, I was in fear that she was attempting to assault me. I conducted a modified arm bar take down and assisted her to the ground. Lundberg continued to tense up and began yelling help. I told her multiple times to stop resisting. Lundberg's boyfriend, Mark Anderson (DOB 06/09/59), was less than a foot away from me asking me what I was doing in an aggressive elevated tone. It should be noted that when I told Lundberg to stop originally, Anderson was almost directly next to me and just stated "What's going on?" I told him multiple times to get back. I was finally able to place Lundberg in handcuffs. I once again had to tell Anderson to get back as he leaned in to yell at me. I

| Rpt ID: 2915 | Case#: 16BU23925 | CFS#: | USE OF FORCE Incident Report | | | Page 2 of 2 |
|---|---|---|---|---|---|---|
| | | | 08/15/2016  0:36 | 347 | Corrow | 2377  Lundberg |

advised him he would be pepper sprayed if he did not back up. Several officers arrived on scene and removed him from my immediate area. I double locked the handcuffs on Lundberg and escorted her to my car with Ofc. Belleville.

3. I spoke with Brunette at JP's and she agreed to a sworn recorded statement. Brunette told me that Anderson and Lundberg entered the bar and sat down. She served them both one drink and Anderson began speaking with another patron at the bar. The other patron told Anderson he was from Virginia. Anderson became upset with this and started verbally abusing the patron. Brunette told Anderson to leave the other customer alone and took their drinks away. She asked Lundberg and Anderson to leave. They refused to leave. Brunette then called the police department. Anderson attempted to get Lundberg to leave. Lundberg began yelling at Brunette and said something to the effect of "I'm going to kill you." Anderson started yelling at the other customer calling him a "faggot" and stating he was going to kill him because he was from Virginia. Brunette continued to ask Anderson and Lundberg to leave. Lundberg called Brunette a "cunt" and punched her twice in the face. Brunette said her was halfway closed or so. Brunette said on a scale of 1-10, 1 being the least amount of pain she had ever felt and 10 being the worst, the first punch was a 6-7 and the second punch was an 8 or 9. Lundberg exited the bar at this time and that was when Brunette pointed her out. Brunette once again confirmed the female I had in custody was the same female that assaulted her.

4. Lundberg advised on scene that her shoulder was dislocated. BFD responded to the scene and transported Lundberg to the hospital where she was seen and medically cleared.

5. I spoke with Court Clerk Patti Creller who set bail at $ 1,500.00 and gave Lundberg conditions of release. I transported her to the Chittenden Regional Correctional Facility on an emergency affidavit. It should be noted Lundberg was intoxicated during this incident and refused an alco sensor at the correctional facility.

6. I am requesting the honorable courts to set conditions for Lundberg to appear at the Burlington Police Department within 3 days for fingerprints and photographs.