# USE OF FORCE Incident Report

| Rpt ID: 3038 | Case#: 16BU33507 | CFS#: | 11/18/2016 2:21 | 347 | Corrow | 2442 | Sheridan | Page 1 of 1 |
|---|---|---|---|---|---|---|---|---|
| Report ID: 3038 | | Badge: 347 | | | | | Date Entered: 11/18/2016 | |
| Occurred: 11/18/2016 2:21 | | | | | | | Date Modified: 11/18/2016 | |
| Information Case#: 16BU33507 | CFS#: | | Division: Patrol | | | Status: Approved | | |
| District: D Area | Beat: USB | | Classification: DC | | | Approved by: 215 | | |
| | | | Location: 188 Main Street | | | Approval Date: 11/18/2016 | | |

## Suspect

| Last Name Sheridan | First Name Evan | Middle Name H | Alias | SSN -- |
|---|---|---|---|---|
| Height 600 | Weight 160 | Gender Male | DOB 07/22/1994 | Race White | Drivers License 42667790 |
| Address: | Street | City | State | Zip | Phone 802-379-1394 |

### Suspect appeared to be:

| | | Under the influence of: | |
|---|---|---|---|
| Suspect Injured during incident: Yes | Gang Involved: Unk | Drugs/Chemicals: Unk | Was monitored for medical needs: |
| Emotionally/Mentally disturbed: No | Gang Name: | Alcohol: Yes | No |

## Weapons/Firearm Usage

inflicted a firearm injury: ☐

| Handgun Pointed: ☐ | Shotgun Pointed: ☐ | Rifle Pointed: ☐ | SMG Pointed: ☐ |
|---|---|---|---|
| Handgun Fired: ☐ | Shotgun Fired: ☐ | Rifle Fired: ☐ | SMG Fired: ☐ |

## Incident Management

I arrested this suspect: No    My first response controlled the incident: Yes    I needed assistance: No    I was injured: No    Recorded/Taped: Yes

I used an improvised weapon: ☐
If "Yes", please explain:

All weapons activated performed satisfactorily:
Please comment:

## Environment

| Inside ☐ | Daylight ☐ | Artificial Light ☒ | Dry ☒ | Asphalt ☒ | Grass ☐ | Ice/Snow ☐ | Witnesses/Bystanders Present ☒ |
|---|---|---|---|---|---|---|---|
| Outside ☒ | Darkness ☒ | | Wet ☐ | Concrete ☐ | Dirt ☐ | | |

| | Suspect Resistance | Officer Response | Approx # of Times | Response | Relative R/R |
|---|---|---|---|---|---|
| 1st Event | Assaultive | Taser / ECD / Displayed / Laser | 1 | 2.5 | -1.5 |
| 2nd Event | None | Applied Handcuffs/Tightness/Double Locked | 1 | 3.0 | 3.0 |
| 3rd Event | | | 0 | 0.0 | 0.0 |
| 4th Event | | | 0 | 0.0 | 0.0 |
| 4th Event | | | 0 | 0.0 | 0.0 |
| 4th Event | | | 0 | 0.0 | 0.0 |
| 4th Event | | | 0 | 0.0 | 0.0 |
| 4th Event | | | 0 | 0.0 | 0.0 |

## Narrative:

On 11/18/16, at 0221 hours, I was on foot patrol with Ofc. Hartnett when he observed males fighting in front of 188 Main Street. As we ran up, I observed one male punching the other male on the ground. I unholstered my taser and pointed it at the males. I pointed it at a male later identified as Evan Sheridan (DOB 07/22/94). I told Sheridan to stop and not to move. I took control of his left arm and re holstered my taser. I placed Sheridan in handcuffs and stood him up.

I asked Sheridan to explain to me what happened. Sheridan told me his girlfriend had been inappropriately touched by the male he had been fighting with. He advised they were in front of Esox, he observed the male touching his girlfriend, he and the male began pushing eachother, and then they began punching each other and ended up on the ground as we arrived. I cited Sheridan for Disorderly Conduct. This ended my involvement in this incident. EOR.