*Rpt ID:* 3053    *Case#:* 16BU34774    *CFS#:*    **USE OF FORCE Incident Report**    12/03/2016 1:10    347 Corrow    2451 Stevens    Page 2 of 2

BFD attempted to speak with Stevens and he refused medical treatment. Ofc. Brouillette transported Stevens to ACT 1 where he was refused and then to the Chittenden Regional Correctional Facility where he was also refused. Ofc. Brouillette transported him to the hospital to be cleared by medical staff as well. Ofc. Brouillette flash cited Stevens per my request.

# USE OF FORCE Incident Report

| Rpt ID: 3053 | Case#: 16BU34774 | CFS#: | | 12/03/2016 1:10 347 Corrow | 2451 Stevens | Page 1 of 2 |
|---|---|---|---|---|---|---|

| Report ID: 3053 | | | | | Date Entered: 12/03/2016 |
| Occurred: 12/03/2016 1:10 | Badge: 347 | Corrow | Joseph | Division: Patrol | Date Modified: 12/10/2016 |
| Case#: 16BU34774 | CFS#: | | Classification: Assault-Simple | | Status: Approved |
| District: D Area | Beat: USB | | Location: 206 Main Street, Burlington, Vermont, 05401 | | Approved by: 215 |
| | | | | | Approval Date: 12/10/2016 |

## Suspect Information

| Last Name Stevens | First Name Walker | Middle Name L | Alias | SSN -- |
|---|---|---|---|---|
| Height 511 | Weight 0 | Gender Male | DOB 11/01/1995 | Race White | Drivers License | Phone |

**Address:** Street | City | State | Zip

## Suspect appeared to be:

Suspect Injured during incident: **Yes**
Emotionally/Mentally disturbed: **No**

Gang Involved: **Unk**
Gang Name:

Under the influence of:
Drugs/Chemicals: **Unk**
Alcohol: **Yes**

Was monitored for for medical needs:
Evaluated at scene

## Weapons/Firearm Usage

I inflicted a firearm injury: ☐

| Handgun Pointed: ☐ | Shotgun Pointed: ☐ | Rifle Pointed: ☐ | SMG Pointed: ☐ |
| Handgun Fired: ☐ | Shotgun Fired: ☐ | Rifle Fired: ☐ | SMG Fired: ☐ |

## Incident Management

I arrested this suspect: **No**
My first response controlled the incident: **Yes**
I needed assistance: **Yes**
I was injured: **No**
Recorded/Taped: **Yes**

I used an improvised weapon: ☐
If "Yes", please explain:

All weapons activated performed satisfactorily:
Please comment:

## Environment

| Inside ☐ | Daylight ☐ | Artificial Light ☒ | Dry ☒ | Asphalt ☐ | Grass ☐ | Ice/Snow ☐ |
| Outside ☒ | Darkness ☒ | | Wet ☐ | Concrete ☒ | Dirt ☐ | |

| | Suspect Resistance | Officer Response | Approx # of Times | Response R/R | Relative Witnesses/Bystanders Present ☒ |
|---|---|---|---|---|---|
| 1st Event | Active Physical Resistance | Physical Force | 1 | 3.0 | -1.0 |
| 2nd Event | None | Applied Handcuffs/Tightness/Double Locked | 1 | 3.0 | 0.0 |
| 3rd Event | | | 0 | 0.0 | 0.0 |
| 4th Event | | | 0 | 0.0 | 0.0 |
| 5th Event | | | 0 | 0.0 | 0.0 |
| 6th Event | | | 0 | 0.0 | 0.0 |
| 7th Event | | | 0 | 0.0 | 0.0 |
| 8th Event | | | 0 | 0.0 | 0.0 |
| 9th Event | 0.0 | 0.0 | | | |

## Narrative:

On 12/03/16, at 0110 hours, I responded to 206 Main Street for a physical fight. When I arrived on scene, I observed multiple staff members from Mr. Mikes Pizza subduing a male later identified as Walker Stevens (DOB 11/01/95). I then took over and put Stevens' hand behind his back. As I reached for my handcuffs with my right hand, Stevens pulled his hands out of my hand and planted them on the ground. He pushed off of the ground and attempted to stand up. I used my right forearm and pushed him back to the ground. I advised him to stop resisting and placed him in handcuffs. I stood him up and walked him to my cruiser. He advised me he did not understand why he was assaulted and pushed out of the bar. He admitted to fighting with staff while being escorted out.

I spoke with Alexander Macdowell, who works at Mr. Mikes Pizza as a security guard. He agreed to give me a sworn recorded statement. He advised he observed staff attempting to escort Stevens out of Sidebar(bar attached to Mr. Mikes) when he began assisting because Stevens was resisting. Stevens punched Macdowell multiple times causing him pain. They pinned him to the ground until I arrived on scene.

Burlington 157