# Verbal Commands

- Need to give lawful directives and orders
- Attempt to enhance compliance with verbal skills
- Tell them what you want, why if practical and appropriate
- Calm, controlled voice may work better to gain compliance
- Command presence may need to be enforced with loud, direct verbal commands
- Loud commands alert witnesses and other officers
- Loud commands may act as a verbal stun
- Talking forces you to breath
- Our goal is to obtain compliance and to facilitate control – verbal commands are key in this endeavor



BurlingtonSuppProd39656

# Reasonable Officer's Response



BurlingtonSuppProd39726

# High Risk Target Areas

- **RED**: Targets of last resort since there are no greater risk targets. Intentional strikes or repeated strikes may lead to serious injury or death



- Neck
- Throat
- Solar Plexus
- Spine / Tailbone
- Kidneys
- Eyes
- Ears & Hollow Behind Ear
- Temple

BurlingtonSuppProd39748

# Secondary Target Areas

- **YELLOW**: May cause momentary dysfunction, but there exists a higher risk of significant injury. Repeated strikes may cause significant injury

- Collarbone
- Elbow Joints
- Groin
- Knee Joints
- Frontal Face
- Bridge of Nose
- Upper Lip
- Jaw



BurlingtonSuppProd39749

# Primary Target Areas

- **<u>GREEN</u>**: Generally cause momentary dysfunction, without causing significant or serious injuries

- All other targets…



BurlingtonSuppProd39750

