IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

MABIOR JOK,

    PLAINTIFF,

vs.

CITY OF BURLINGTON, VERMONT,       Civil Action No. 2:19-CV-70
Et Al,

    DEFENDANTS.

## DISCOVERY CERTIFICATE

I hereby certify that on March 8, 2021, I served following documents:

**SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION TO BRANDON DEL POZO**

And

**NOTICE OF DEPOSITION OF BRANDON DEL POZO**

On the Counsel of Record by electronic mail as follows:

    Barbara Blackman
    76 St. Paul Street, Suite 400
    Burlington, VT 05401
    (802)-860-1500
    bblackman@lynnlawvt.com

Dated at Pittsford, Vermont this 8th day of March, 20201.

1

<u>S/Robb Spensley</u>
ROBB SPENSLEY
Attorney for Plaintiff
3232 Route 7
Pittsford, VT 05763
(802) 725-8318
robb@chadwicklawvt.com
