REVISED NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

Mabior Jok

    v.                                                                   Case No. 2:19-cv-70

City of Burlington, Vermont; Brando del Pozo;
Jason Bellevance; Joseph Corrow; and
Janine Wright

TAKE NOTICE that the above-entitled case has been rescheduled at 10:30 a.m. on Monday, August 23, 2021 in Burlington, Vermont, before Honorable William K. Sessions III, District Judge, for a hearing on Motion to Reconsider Court's Previous Ruling Pertaining to Nancy Stetson's Qualifications to Testify and Request That Defendant Clarify Their Position.

| | |
|---|---|
| Location: 110 | JEFFREY S. EATON, Clerk |
| *RESCHEDULED FROM:   8/9/2021 at 1:00 pm* | By: */s/ Lisa Wright* |
| | Deputy Clerk |
| | 7/21/2021 |

TO:

Albert S. Fox, Esq.
Robb A. Spensley, Esq.

Barbara R. Blackman, Esq.
Christopher H. Boyle, Esq.
Pietro J. Lynn, Esq.

Court Reporter